FILED
JUL 10 2008
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William E. Branch, Plaintiff, vs. U.S. Department of Justice, Defendant. | CIV 07-2117-PHX-MHB **ORDER** 08-498 C |

On December 28, 2007, Defendant filed a Motion to Dismiss (Doc. #6) asserting that pursuant to the jurisdictional limitations set forth in the Tucker Act (conveying exclusive jurisdiction upon the Court of Federal Claims for monetary claims against the United States exceeding $10,000.00), the Court lacks jurisdiction to hear Plaintiff's claim for violation of the Equal Pay Act. On January 30, 2008, Plaintiff filed a Response agreeing with Defendant's assertion and requesting that the Court transfer this matter to the Court of Federal Claims in light of fact that Plaintiff is seeking damages in the amount of $55,000.00.

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss (Doc. #6) is **GRANTED**; the Clerk of the Court is directed to transfer this matter to the Court of Federal Claims.

DATED this 24th day of March, 2008.

Michelle H. Burns
Michelle H. Burns
United States Magistrate Judge