ORIGINAL

FILED
AUG 8 2008
U.S. COURT OF FEDERAL CLAIMS

Lorona, Steiner, Ducar,
Coughlin & Horowitz, PLLC
3003 North Central Avenue, Suite 1800
Phoenix, Arizona 85012-2909
Telephone: (602) 277-3000
Facsimile: (602) 277-7478
Email: jlorona@azlawyers.com

**Jess A. Lorona, #009186**
Attorney for Plaintiff

LORONA, STEINER, DUCAR, COUGHLIN & HOROWITZ, PLLC
ATTORNEYS AT LAW
3003 NORTH CENTRAL AVENUE, SUITE 1800
PHOENIX, ARIZONA 85012-3909
(602) 277-3000

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **WILLIAM E. BRANCH,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT OUT OF TIME**<br>**Case No. 08-498 C**<br>**Judge: Sr. Judge Loren A. Smith** |

Plaintiff, William E. Branch, by and through counsel undersigned, hereby moves this Honorable Court for leave to file his Amended Complaint, out of time, prior to being admitted to the Court of Federal Claims. Undersigned counsel is in the process of applying for admission to the Court of Federal Claims, but was unable to obtain all the necessary documentation and get the application for admission submitted by today, the deadline for filing the Amended Complaint. Additionally, undersigned counsel is in Phoenix, Arizona and is unable to get this Motion and the Amended Complaint to the Court by the end of today.

Wherefore, for the foregoing reasons, Plaintiff respectfully requests leave to file his Amended Complaint out of time.

**RESPECTFULLY SUBMITTED** this 7th day of August, 2008.

**LORONA, STEINER, DUCAR,**
**COUGHLIN & HOROWITZ, PLLC**

BY: ______________________________
Jess A. Lorona
*Attorney for Plaintiff*

I hereby certify that on August 7, 2008, I sent the foregoing document to the Clerk's Office via Federal Express and sent a copy by First Class Mail to:

Suzanne M. Chynoweth
Assistant U.S. Attorney
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004
*Attorney for Defendant*

______________________________
Legal Assistant to Jess A. Lorona

LORONA, STEINER, DUCAR,
COUGHLIN & HOROWITZ, PLLC
ATTORNEYS AT LAW
3003 NORTH CENTRAL AVENUE, SUITE 1800
PHOENIX, ARIZONA 85012-3909
(602) 277-3000