# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
WILLIAM E. BRANCH, *

*Plaintiff,* *

v. * Case No. 08-498C

THE UNITED STATES, * Senior Judge Smith

*Defendant.* * Filed: August 19, 2008

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **GRANTS** Plaintiff's Motion for Leave to File Amended Complaint Out of Time with filing as of the date of this Order.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE