ORIGINAL

Lorona, Steiner, Ducar,
Coughlin & Horowitz, PLLC
3003 North Central Avenue, Suite 1800
Phoenix, Arizona 85012-2909
Telephone: (602) 277-3000
Facsimile: (602) 277-7478
Email: jlorona@azlawyers.com

**Jess A. Lorona, #009186**
Attorney for Plaintiff

FILED
AUG 19 2008
U.S. COURT OF FEDERAL CLAIMS

LORONA, STEINER, DUCAR, COUGHLIN & HOROWITZ, PLLC
ATTORNEYS AT LAW
3003 NORTH CENTRAL AVENUE, SUITE 1800
PHOENIX, ARIZONA 85012-3909
(602) 277-3000

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **WILLIAM E. BRANCH,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | **PLAINTIFF'S AMENDED COMPLAINT**<br><br>**Case No. 08-498 C**<br>**Judge: Sr. Judge Loren A. Smith** |

Plaintiff, William E. Branch, by and through counsel undersigned, pursuant to RCFC 31, hereby submits his Amended Complaint.

**JURISDICTION**

1. This civil action is brought under the authority of 29 U.S.C.A. § 216(b) for damages suffered as a result of Defendant's violation of the Equal Pay Action 29 U.S.C.A. § 206(d). This Court has jurisdiction of the action pursuant to 28 U.S.C. §1491.

**PARTIES**

2. Plaintiff, William E. Branch, is a citizen of the United States residing at 1913 E. Zion Way, city of Chandler, county of Maricopa, state of Arizona.

3. Defendant, United States, is the supervising agency for the United States Department of Justice, who has its principal place of business at 950 Pennsylvania Avenue, N.W., Washington, D.C.

4. Plaintiff has been employed by the Federal Bureau of Prisons ("BOP"), a sub-agency of the Department of Justice, since December 1991. Plaintiff's office is located at 230 N. First Avenue, Suite 201, Phoenix, Arizona 85003.

**COMPLAINT**

5. Plaintiff is classified as a Human Resource Specialist (Labor Relations Specialist). Plaintiff's primary duties are: providing advice to management officials from first line supervisors to Chief Executive Officers and Senior Executive Service in all areas of labor management relations, representing the agency at third party administrative hearings before federal arbitrators, administrative judges with the Merit Systems Protection Board, and the Federal Services Impasse Panel, as well as reviewing and approving disciplinary and adverse action letters for approximately sixty (60) federal prisons.

6. Plaintiff is currently being paid at a rate of $47.22 an hour.

7. At various times during the course of his employment, Plaintiff has performed work equal in skill, effort and responsibility to the work of certain female employees, including Ruby Navarro, who were paid a higher hourly wage for performing such work. This constitutes a violation of 29 U.S.C.A. § 206(d)(1).

LORONA, STEINER, DUCAR,
COUGHLIN & HOROWITZ, PLLC
ATTORNEYS AT LAW
3003 NORTH CENTRAL AVENUE, SUITE 1800
PHOENIX, ARIZONA 85012-3909
(602) 277-3000

8. Had Plaintiff been paid a wage equal to that of the female employee who performed work equal to the work he performed, he would have been paid at a rate of not less than $55.80 per hour.

## RELIEF

Wherefore, Plaintiff respectfully prays that this Court render judgment in his favor for:

A. Damages in the form of back-pay in the amount of $55,000.00, or in such other amount as the Court shall find Plaintiff has been unlawfully underpaid.

B. Liquidated damages in an amount equal to Plaintiff's actual damages.

C. Costs associated with this action.

D. Prospective relief such as the Court may deem proper to prevent the Defendant from underpaying Plaintiff or otherwise discriminating against him in the future.

E. Such other relief as the court may deem proper.

**RESPECTFULLY SUBMITTED** this 7th day of August, 2008.

**LORONA, STEINER, DUCAR,**
**COUGHLIN & HOROWITZ, PLLC**

BY: ______________________
Jess A. Lorona
*Attorney for Plaintiff*

LORONA, STEINER, DUCAR,
COUGHLIN & HOROWITZ, PLLC
ATTORNEYS AT LAW
3003 NORTH CENTRAL AVENUE, SUITE 1800
PHOENIX, ARIZONA 85012-3909
(602) 277-3000

I hereby certify that on August 7, 2008, I sent the foregoing document to the Clerk's Office via Federal Express and sent a copy by First Class Mail to:

Suzanne M. Chynoweth
Assistant U.S. Attorney
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004
*Attorney for Defendant*

[signature]
Legal Assistant to Jess A. Lorona

LORONA, STEINER, DUCAR, COUGHLIN & HOROWITZ, PLLC
ATTORNEYS AT LAW
3003 NORTH CENTRAL AVENUE, SUITE 1800
PHOENIX, ARIZONA 85012-3909
(602) 277-3000